IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | | |
|---|---|---|
| **MATTHEW TUCKER** | Cause No.: | **3:15-CV-05490-KLS** |
| Plaintiff/Petitioner | Hearing Date: | |
| vs. | | |
| **SCOUT INDUSTRIES, LLC** | DECLARATION OF SERVICE OF | |
| Defendant/Respondent | **SUMMONS; COMPLAINT; CIVIL COVER SHEET; ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT; MINUTE ORDER REGARDING DISCOVERY AND DEPOSITIONS; CONSENT TO OR DECLINATION OF JURISDICTION OF A MAGISTRATE JUDGE** | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **31st day of August, 2015** at **1:02 PM** at the address of **615 S STATE COLLEGE BLVD, FULLERTON, Orange County, CA 92831**; this declarant served the above described documents upon **SCOUT INDUSTRIES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Rudy Gonzalez, PERSON IN CHARGE, who accepted service, with identity confirmed by verbal communication, an Hispanic male approx. 35-45 years of age, 5'8"-5'10" tall, weighing 240-300 lbs with black hair..**

No information was provided or discovered that indicates that the subjects served are members of the United States military.


For: **AHDOOT & WOLFSON**
Ref #: **SCOUT INDUSTRIES**

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 2

Tracking #: **0008406949**


| PLAINTIFF/PETITIONER: MATTHEW TUCKER | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SCOUT INDUSTRIES, LLC | 3:15-CV-05490-KLS |

Service Fee Total: **$ 125.00**

Declarant hereby states under penalty of perjury under the laws of the State of California that the statement above is true and correct.

DATED this _4_ day of _September_, 20_15_.

_____
Liliana Davila, Reg. # RSC#2800, Orange



For: **AHDOOT & WOLFSON**
Ref #: **SCOUT INDUSTRIES**

ORIGINAL PROOF OF SERVICE
PAGE 2 OF 2

Tracking #: **0008406949**