HON. RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW TUCKER, individually and on
behalf of all other similarly situated,

                Plaintiff,

    v.

SCOUT INDUSTRIES, LLC, a California
limited liability company,

                Defendant.

NO. 3:15-cv-05490-RBL

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

      MATTHEW TUCKER, Plaintiff, by and through the undersigned attorneys of record,

voluntarily dismisses without prejudice the above-captioned action pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i) and 23(e).  Plaintiff has not effected service upon defendant and

has made no agreements with defendant in connection with this dismissal.  No class has been

certified and no putative class will be bound by this dismissal.

      DATED:  November 10, 2015.

                Respectfully submitted,

                TOUSLEY BRAIN STEPHENS PLLC

                By: s/ *Kim D. Stephens*
                   Kim D. Stephens, WSBA #11984
                   Chase C. Alvord, WSBA #26080

1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email:  kstephens@tousley.com
Email: calvord@tousley.com

Robert Ahdoot, *admitted pro hac vice*
Email:  rahdoot@ahdootwolfson.com
Tina Wolfson *admitted pro hac vice*
Email:  twolfson@ahdootwolfson.com
Meredith Lierz *admitted pro hac vice*
Email:  mlierz@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Tel: 310.474.9111; Fax: 310.474.8585

Joseph J. Siprut *admitted pro hac vice*
Email:  jsiprut@siprut.com
Ismael T. Salam *admitted pro hac vice*
Email:  isalam@siprut.com
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, IL 60602
Tel: 312.236.0000; Fax: 312.546.9963

*Counsel for Plaintiff and all similarly situated
persons and entities*

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE- 2
6076\001\307249

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2015, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties who are registered to receive filings in this case via ECF.

Dated:  November 10, 2015.

*s/ Kim D. Stephens*
Kim D. Stephens

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 ● FAX 206.682.2992